

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00616-CV

**Angelina Gailey, Dan Patrick Gailey Trustee and Patrick Lee Gailey, Trustee**

**v.**

**Rose  Thompson**

NO. 318,024 IN THE PROBATE COURT NO 4 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| FILING | $195.00 | 07/23/2014 | NOT PAID | ANT |

### The costs incurred on appeal to the First Court of Appeals Houston, Texas are $195.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN  TESTIMONY  WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 20, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**